IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR26

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| GERALD WAYNE ALLEN ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearing scheduled for Wednesday, February 28, 2007, at 11:30 AM.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing scheduled herein is continued to the Court's next sentencing term.

Signed: February 22, 2007

Lacy H. Thornburg
United States District Judge